COM.

v.

**FORCADES, F.**

**559 MDA 2016**

Superior Court of Pennsylvania.

03/17/2017

CP–06–CR–0001423–2012, CP–06–CR–0001457–2012 (Berks)

Affirmed/Vacated/Remanded

COM.

v.

**CRITTENDEN, S.**

**1474 MDA 2016**

Superior Court of Pennsylvania.

03/17/2017

Reargument Denied 4/12/2017

CP–06–CR–0002913–2012 (Berks)

Affirmed

COM.

v.

**RANDALL, R.**

**1233 MDA 2016**

Superior Court of Pennsylvania.

03/17/2017

Reargument Denied 4/10/2017

CP–06–CR–0003823–2015 (Berks)

Quashed

**MONTGOMERY, A.**

v.

**R. OIL & GAS ENTERPRISES**

**1164 WDA 2015**

Superior Court of Pennsylvania.

03/17/2017

Civil No 392–2014 (Venango)

Affirmed